UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x

In re:                                 :

ANNA SCHULTHEISS                       :     BK No. 05-11660
            Debtor                           Chapter 13
- - - - - - - - - - - - - - - - - -x

## ORDER

The Trustee has filed an Emergency Motion to Vacate Order (Doc. #127) and upon consideration thereof, it is ORDERED:

1.   The Trustee's motion to unfreeze the Debtor's bank accounts, which were previously frozen by order of this Court is GRANTED; and the Restraining Order on said accounts is VACATED;

2.   David F. Reilly, Esq., the Guardian of the person and property of the Debtor, is granted full and exclusive control and discretion as to the use and disposition of all of the Debtor's assets;

3.   This Order is effective immediately;

4.   The Guardian is admonished to ensure that all assets/funds be used solely for the benefit of the Debtor and not any other person, without exception.

Dated at Providence, Rhode Island, this   23rd   day of June, 2006.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 6/23/2006